IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk
United States District Court

DATE: January 13, 2010

RE: 08-85264-MHM
Bankruptcy Case No.

Glenn Royce Favre
Debtor(s)

Glenn Royce Favre
Plaintiff/Appellant

vs

Suntrust Mortgage, Inc.
Defendant/Appellee

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 13 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 12/9/09 — Doc. No. 50
☒ File date of Order being appealed from 10/22/09 — Doc. No. 40
Appellant - Glenn Royce Favre
Appellee - Suntrust Mortgage, Inc.

Contents of Record:

☐ Entire Record  ☐ Designated items of  ☐ Appellant(s)  ☐ Appellee
Doc.s 40, 50 & 69

Filing Fee Paid - ☐ Yes  ☒ No
In Forma Pauperis - ☐ GRANTED  ☐ DENIED

_1_ Volumes of Record
_0_ Volumes of Transcript/Depositions
_0_ [# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:
USDC Case Number:
USDC Judge Assignment:
Previous case numbers in related appeal cases:

FROM: M. Regina Thomas, Clerk
United States Bankruptcy Court

By: _____
Gregory Mitchell, Deputy Clerk

-ODE

Please return a "received" stamped copy showing case number and judge assignment

1:10-CV-0083

USDC Number/Judge

F08 (submusdc.roa) (Rev. 10-2009)