IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN ROYCE FAVRE,

    Appellant/Debtor

v.

    CIVIL ACTION NO.
    1:10-0083-ODE

SUNTRUST MORTGAGE, INC.,

    Appellee

### ORDER

This appeal from the bankruptcy court is before the Court for an *in forma pauperis* determination. A filing fee was not paid at the time of filing of the Notice of Appeal and appellant entered a handwritten notation on the Notice of Appeal stating "I also would request [in forma pauperis] status [and] filing fee be waived." However, appellant has not provided a financial affidavit for the Court's consideration.

Accordingly, the Clerk is directed to forward an Affidavit in Support of Request to Proceed In Forma Pauperis to appellant. Appellant is ORDERED to return the completed affidavit to the Court within 20 days of the date of entry of this order. Failure to comply will result in dismissal of the appeal.

The Clerk is directed to resubmit the case to the Court at the expiration of the above time period.

SO ORDERED, this 21 day of January, 2010.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE